IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VILOX TECHNOLOGIES, LLC and VILOX, LLC | § § | |
| Plaintiffs, | § | C.A. No. 6:22-cv-01254-FB |
| v. | § § | JURY TRIAL DEMANDED |
| ORACLE CORPORATION | § § | |
| Defendant. | § § | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

Defendant Oracle Corporation ("Defendant" or "Oracle"), by and through its undersigned counsel, respectfully moves for leave to file under seal its Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) ("Transfer Motion"), the Declaration of Diana M. Rutowski submitted in support thereof, and Exhibit 1 to the Declaration. There is good cause for these documents to be filed under seal.

"[D]istrict courts have the discretion to seal documents if the interests favoring nondisclosure outweigh the presumption in favor of the public's right to access." *E.E.O.C. v. A'GACI, LLC*, No. SA 14-MC-445-DAE, 2015 WL 510254, at *2 (W.D. Tex. Feb. 5, 2015). Oracle has an obligation to keep the existence and substance of the document attached to the Declaration as Exhibit 1 confidential as detailed in Section V.8 therein. *See* Ex. 1. The Transfer Motion and Declaration contain allegations and statements, respectively, citing and relating to the document attached as Exhibit 1.

1

Pursuant to Local Rule CV-7(i), Defendant's counsel conferred with Plaintiffs' counsel regarding this motion, and Plaintiffs do not oppose the relief requested in this motion.

For the reasons stated above, Defendant respectfully requests that this Court allow its Transfer Motion, the Declaration of Diana M. Rutowski, and Exhibit 1 to the Declaration to be filed under seal. The Transfer Motion is attached as **Exhibit A**, and the Declaration and Exhibit 1 thereto are attached as **Exhibit B**, to this Motion to Seal.

Dated: February 10, 2023

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Jared Bobrow (CA State Bar No. 133712)
Diana Rutowski (CA State Bar No. 233878)
Jason Yu (CA State Bar No. 274215)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com

Kristina D. McKenna
(MA State Bar No. 706245)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street
Boston, MA 02116
Tel: (617) 880-1800
Fax: (617) 880-1801
kmckenna@orrick.com

*Attorneys for Defendant Oracle Corporation*

## **CERTIFICATE OF CONFERENCE**

The undersigned herby certifies that on February 9, 2023, counsel conferred with respect to this motion as required by Local Rule CV-7(g), and the motion is unopposed.

                                                                               */s/ Melissa R. Smith*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 10, 2023, the documents filed with the Clerk of Court via the Court's CM/ECF system under seal in the above-captioned case were subsequently served on all counsel of record by electronic mail.

                                                                               */s/ Melissa R. Smith*