IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VILOX TECHNOLOGIES, LLC and VILOX, LLC,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**ORACLE CORPORATION,**<br><br>　　Defendant. | Case No. 1:23-cv-00302-MN<br><br>**PATENT CASE** |

## OPPOSED MOTION FOR WITHDRAWAL OF PLAINTIFFS' ATTORNEY

Counsel for Plaintiff Vilox Technologies, LLC and Vilox, LLC ("Vilox") requests withdrawal from this case in accordance with Local Rule 9010-2 b, effective May 28, 2023. Vilox is opposed to withdrawal of its attorney in this case.

According to District of Delaware Local Rule 83.7:

An attorney may withdraw an appearance for a party without the Court's permission when such withdrawal will leave a member of the Bar of this Court appearing as counsel of record for the party. Otherwise, no appearance shall be withdrawn except by order on a motion duly noticed to each party and served on the party client, at least 14 days before the motion is presented, by registered or certified mail addressed to the client's last known address.

Plaintiffs' counsel have conferred with its party client, Vilox, through Mr. John Harrop, counsel for Vilox, and Dr. Joseph De Bellis, founder and CEO of Vilox, and are seeking withdrawal from this case because there are irreconcilable differences in litigation strategy between Plaintiffs' counsel and Plaintiff. For this reason, Plaintiffs' counsel respectfully requests this Court to allow it to withdraw as attorney for this case.

A copy of this motion has been sent to Mr. John Harrop, counsel for Vilox, via certified mail at PO Box 320171, Alexandria, VA 22320; and to Dr. Joseph De Bellis via certified mail at 120 Palencia Village Dr., STE C-105, PMB 390, St. Augustine, FL 32095.

Dated:  May 3, 2023,                                                    Respectfully Submitted,

**Ramey LLP**

<u>/s/William P. Ramey, III</u>
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for Vilox Technologies, LLC and Vilox, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 3, 2023, with a copy of the foregoing via ECF.

/s/ William P. Ramey, III
William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 83.7, I hereby certify that client Plaintiff, Vilox Technologies, LLC and Vilox, LLC ("Vilox") are being served by certified mail addressed to counsel for Vilox Mr. John Harrop's last known address and to Dr. Joseph De Bellis' last known address, served on this day of May 3, 2023, with a copy of the foregoing via ECF.

/s/ William P. Ramey, III
William P. Ramey, III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VILOX TECHNOLOGIES, LLC and VILOX, LLC,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**ORACLE CORPORATION,**<br><br>    **Defendant.** | Case No. 1:23-cv-00302-MN<br><br>PATENT CASE |

**(proposed) ORDER on MOTION FOR WITHDRAWAL OF PLAINTIFF'S ATTORNEY**

The Court, having considered Plaintiff's Motion to withdraw and all other evidence of record grants the Motion. Effective May 28, 2023, the law firm of Ramey LLP and all of their attorneys, including William P. Ramey, III, and all others are hereby discharged from representing Vilox Technologies, LLC and Vilox, LLC in the above referenced cause and all related causes.

_____                                             _____
Date                                                                                                 Judge Presiding