IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VILOX TECHNOLOGIES, LLC and VILOX, LLC,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**ORACLE CORPORATION,**<br><br>    **Defendant.** | Case No. 1:23-cv-00302-MN<br><br>**PATENT CASE** |

**RESPONSE TO APRIL 28, 2023 ORAL ORDER
FOR STATUS REPORT ON EFFORTS TO OBTAIN LOCAL COUNSEL**

Plaintiff Vilox Technologies, LLC and Vilox, LLC ("Vilox") have not been able to secure local Delaware counsel. Following is a list of Delaware attorneys Vilox has attempted to secure as local counsel:

1. Devlin Law Firm LLC
2. Stamoulis & Weinblatt LLC
3. Chong Law Firm
4. Mr. George Pazuniak

These attorneys declined to serve as local counsel for reasons other than conflicts, with at least one acknowledging that they could not serve as local counsel based on how local counsel would be compensated by Plaintiffs. For this reason, Plaintiff's counsel believe it would be difficult to secure local counsel even for the purposes of assisting with dismissing this case without prejudice.

1

Dated:  May 5, 2023,                                              Respectfully Submitted,

**Ramey LLP**

/s/William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Vilox Technologies, LLC and Vilox, LLC***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 5, 2023, with a copy of the foregoing via electronic mail.

/s/ William P. Ramey, III
William P. Ramey, III