IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VILOX TECHNOLOGIES, LLC and VILOX, LLC, <br><br>Plaintiffs <br><br>v. <br><br>ORACLE CORPORATION, <br><br>Defendant | Case No. 1:23-cv-00302-MN |
| ORACLE CORPORATION, <br><br>Plaintiff, <br><br>v. <br><br>VILOX TECHNOLOGIES, LLC <br><br>Defendant | Case No. 1:23-cv-00126-MN |

**PLAINTIFF/DEFENDANT-INTERVENOR JOSEPH L. DE BELLIS' MOTION TO INTERVENE UNDER FEDERAL RULE 24 AND OPPOSED MOTION TO SUBSTITUTE PLAINTIFF/DEFENDANT UNDER FEDERAL RULE 25**

Dr. Joseph L. De Bellis, M.D. respectfully moves pursuant to Federal Rule of Civil Procedure 24 to intervene as a plaintiff/defendant in these actions. Intervention is warranted as of right because Dr, De Bellis' interest in enforcing U.S. Patents 7,760,720 and 7,188,100 cannot be fully represented or protected by plaintiffs Vilox Technologies, LLC and Vilox, LLC. and this interest will be impaired if Dr. De Bellis is not permitted to intervene. *See* Fed. R. Civ. P. 24(a)(2).

Dr. De Bellis further moves to substitute plaintiffs/defendant in these actions.

Before filing this Motion, Dr. De Bellis conferred with counsel for all parties. Counsel for Dr. De Bellis have represented that they consent to the intervention/substitution. Counsel for defendant have represented that they do not consent to the motion to substitute counsel.

For the reasons discussed in the accompanying Memorandum of Law, Dr. De Bellis respectfully requests that the Court grant his Motion to Intervene and his Motion to Substitute in this matter.

Attached are a copy of the executed Assignment and a proposed order.

## CERTIFICATE OF SERVICE

I, Joseph L. De Bellis, certify pursuant to the local rules of this Court, that I filed the foregoing Motion and Memorandum of Law with the U.S. District Court for the District of Delaware, and have provided notice of filing to counsel of record listed below:

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Jared Bobrow
Diana Rutowski
Jason Yu
Rose Sun
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road Menlo Park, CA 94025 (650) 614-7400

Kristina D. McKenna
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
(617) 880-1800

/s/ Joseph L. De Bellis
Joseph L. De Bellis

Dated: May 30, 2023