IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORACLE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-126 (MN) |
| | ) |
| VILOX TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendant. | ) |
| VILOX TECHNOLOGIES, LLC and | ) |
| VILOX, LLC, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 23-302 (MN) |
| | ) |
| ORACLE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER FOR EXEMPTION FROM THE DISTRICT OF DELAWARE'S
MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered Plaintiffs' Motion requesting an exemption from the May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1.      The Exemption is GRANTED.

2.      For purposes of the July 27, 2023 motion hearing, Mr. Bobrow is exempt from the Court's May 15, 2023 Standing Order and shall be permitted to retain and use HIS personal electronic devices:

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Maryellen Noreika